# Exhibit 7

[redacted]

---------- Forwarded message ---------
From: **Dan Swanson** <dswan@us.ibm.com>
Date: Thu, Oct 17, 2024 at 6:57 AM
Subject: FW: IBM Power Product Manager 726646BR
To: danswanson711@gmail.com <danswanson711@gmail.com>

**Dan Swanson**

CIO Identity Services

Manager - Identity Engineering Services, Identity Provisioning

512-971-7216

---

**From:** David Baltagi <d.baltagi@ibm.com>
**Date:** Wednesday, October 16, 2024 at 2:02 PM
**To:** Daniel Goldener <Daniel.Goldener@ibm.com>
**Subject:** IBM Power Product Manager 726646BR

Hello,

Dan Swanson recently applied to your open position: IBM Power Product Manager 726646BR. Dan is currently a manager in our Identity organization.

Please feel free to contact me if you have any questions about Dan - I would be happy to discuss the contributions he has made to our team. Dan is a well respected manager who is currently leading our Identity and Access Management Developer team.

Thank you.

David Baltagi
IBM CIO Identity Services
d.baltagi@ibm.com