# Exhibit 8

[redacted]

---------- Forwarded message ---------
From: **IBM Talent Acquisition** <talent@ibm.com>
Date: Sat, Feb 22, 2025 at 5:01 PM
Subject: Your IBM Application Status

Subject: Your IBM Application Status
To: <danswanson711@gmail.com>

IBM Careers

Ref: 9517 - AI Agents Product Manager

Dear Daniel Swanson,

We regret to inform you that after careful consideration, we have decided to pursue other candidates whose expertise more closely aligns with the specific requirements of the position. We appreciate the time and effort you invested in the application process.

As per our company policies, your application will be kept active in our system for other IBM Recruiters to review for 12 months (or 6 months for residents of Germany and Austria).

We highly encourage you to join our Talent Network, connect with us on Social Media and continue to visit the IBM Careers website. This will ensure that you're one of the first to see opportunities in the future.

Additionally, I would like to share some free online learning resources that IBM has made available to anyone who may be interested.

Offerings include:

IBM Skills

IBM Skills helps you build critical technology skills for today and stay competitive tomorrow. IBM has made thousands of online courses and badge certifications freely available. This includes offerings IBM has created in partnership with universities from all over the world. You can find more information here - https://skillsbuild.org/

Open P-Tech

Technology and jobs are changing faster than education systems. Open P-Tech, for teachers and students, allows students aged 14-20 to complete coursework on the platform and earn industry recognized “digital badges” that can be added to their resumes and social networks.

We hope that you will take advantage of these offerings for yourself and please feel free to share these resources with your family and friends.

Your interest in IBM is appreciated and we wish you the best in your future endeavors.

Sincerely,

IBM Talent Acquisition Team

Did a friend forward this to you? You can subscribe here.

ibm.com/careers

© IBM Corporation 2023. IBM, the IBM logo, IBM Cloud™ and ibm.com are trademarks of the International Business Machines Corp., registered in many jurisdictions worldwide. This document is current as of the initial date of publication and may be changed by IBM at any time. Not all offerings are available in every country in which IBM operates.

To ensure delivery to your inbox, please add talent@ibm.com to your address book. Please do not reply to this email, as we are unable to respond from this address.

If you’d like us to refrain from sending your similar e-mails in the future, please click on the unsubscribe link below. You may also mail a written request to IBM US at: IBM Corporation, 11501 Burnet Rd, Bldg 904 3B-000, Austin, TX 78758.

© IBM | Data Privacy Policy